MOSES ALFORD v. J. J. RIEVES.

A judgment of a District Court in a case appealed to it from a justice's court, cannot be brought before this court by writ of error, that being but another mode of appeal, which is prohibited by Section 12 of the Act of

August 13th, 1870, organizing courts of justices of the peace and county courts, and defining their jurisdiction and duties.

ERROR from Marion. Tried below before the Hon. J. D. McAdoo.

There is no occasion for a statement of the facts.

*Mosely & Sparks,* and *Moore & Shelley,* for plaintiff in error.

No brief for the defendant in error has reached the hands of the reporter.

WALKER, J. This is an attempt to bring a case to this court by writ of error, which was appealed from a justice's court to the District Court. The writ of error has been decided by this court, repeatedly, to be but another mode of appeal.

The Act of August 13th, 1870, Section 12 (p. 98, Laws, 1870), forbids an appeal of this kind, and it is therefore dismissed.

Appeal dismissed.